IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JAVARIS MCCLENDON )
)
)
v. ) CV 415-250
)
)
MANITOU AMERICAS, INC. )

ORDER

After consideration by the Court of Defendant Manitou Americas, Inc.'s Request for Oral Hearing, the request is hereby GRANTED. A Motions Hearing is hereby scheduled for Friday, April 15, 2016 at 1:00 p.m. in the Savannah Federal Courthouse, 125 Bull Street, Savannah, Georgia, in the first floor courtroom.

So ORDERED, this 14 day of March, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA