# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| JAVARIS McCLENDON, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CV415-250 |
| MANITOU AMERICAS, INC., | ) |
| Defendant. | ) |

## ORDER

The Court having reviewed and considered the petition of Patrick L. Wells of the law firm of Von Briesen & Roper, 411 E. Wisconsin Avenue, Suite 1000, Milwaukee, Wisconsin 53202 for permission to appear pro hac vice on behalf of defendant Manitou Americas, Inc., in the above-captioned case,

Said request is hereby GRANTED and the Clerk is DIRECTED to enter Patrick L. Wells as counsel of record for defendant Manitou Americas, in this case.

**SO ORDERED** this __5th__ day of April, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA