UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAVARIS MCCLENDON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 15-CV-00250 |
| MANITOU AMERICAS, INC. | ) |
| Defendant. | ) |

**ORDER**

Before the Court is the Parties' Joint Motion to Stay the Pretrial Order Deadline Pending the Court's Ruling on Defendant's Combined Motions for Summary Judgment and Sanctions ("Joint Motion"). Because the Court's ruling on the pending dispositive motions may lead to the dismissal or narrowing of Plaintiffs' claims in this action, preparation of a pretrial order at this point may lead to the expenditure of unnecessary resources by the Parties. Accordingly, it is hereby ORDERED that:

1. The current Pretrial Order Deadline is stayed.

2. The Parties shall have thirty (30) days after the Court's ruling on Defendant's dispositive motions to file a proposed Pretrial Order, if necessary.

SO ORDERED, this __3rd__ day of May, 2016.

_____
United States Magistrate Judge
Southern District of Georgia